FILED 05 MAR '24 14:47 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:24-cr-00083-IM |
| v. | INDICTMENT |
| JORGE HERNANDEZ-RODRIGUEZ | 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(C)<br>18 U.S.C. § 924(c)(1)(A) |
| Defendant. | Forfeiture Allegations |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Possession with the Intent to Distribute Fentanyl)**
**(21 U.S.C. § 841(a)(1), (b)(1)(A))**

On or about February 15, 2024, in the District of Oregon, defendant **JORGE HERNANDEZ-RODRIGUEZ**, did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

**COUNT 2**
**(Possession with the Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1) and (b)(1)(C))**

On or about February 15, 2024, in the District of Oregon, defendant **JORGE HERNANDEZ-RODRIGUEZ**, did knowingly and intentionally possess with the intent to

distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

### COUNT 3
### (Possession of Firearm in Furtherance of a Drug Trafficking Crime)
### (18 U.S.C. § 924(c)(1)(A))

On or about February 15, 2024, in the District of Oregon, defendant **JORGE HERNANDEZ-RODRIGUEZ** did knowingly possess a firearm to wit, a Bersa Arms "Thunder 380" Handgun (.380 caliber) bearing serial number C88815, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is possession with the intent to distribute controlled substances as alleged above in counts 1, and 2 of this indictment,

In violation of Title 18, United States Code, Section 924(c)(1)(A).

### CRIMINAL FORFEITURE ALLEGATION

Upon conviction of any of the controlled substance offenses as alleged in Counts 1 and 2 of this Indictment, defendant **JORGE HERNANDEZ-RODRIGUEZ** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including but not limited to the following:

A money judgment for a sum of money equal to the amount of property representing the amount of proceeds obtained as a result of the controlled substances distributed as alleged in Counts 1 and 2.

If any of the above-described forfeitable property, as a result, of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

## SECOND FORFEITURE ALLEGATION

Upon conviction for offenses in Count 3, defendant **JORGE HERNANDEZ-RODRIGUEZ** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearms and ammunition involved in those offense, including without limitation:

A Bersa Arms "Thunder 380" Handgun (.380 caliber) bearing serial number C88815

Dated March  5 , 2024.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

KEMP L. STRICKLAND, OSB #96118
Assistant United States Attorney